# Exhibit A

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

November 7, 2019

Annika K. Martin
Partner
akmartin@lchb.com

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Howard Diamond
Howard.Diamond@flyfrontier.com
General Counsel, Frontier Airlines
7001 Tower Road
Denver, CO 80249

Paula L. Wegman
pwegman@AMM-LAW.com
ADLER MURPHY & McQUILLEN
20 South Clark Street, 25th Floor
Chicago, IL 60603

RE: Sexual Assault on Frontier Airlines flights

Dear Counsel,

We write on behalf of our clients Lena Ramsay and ▇▇▇▇▇▇▇▇, and others similarly situated (the "Class"), to notify you that they were sexually assaulted by passengers on Frontier Airlines flights, and that Frontier Airlines, through its failure to implement and enforce appropriate policies and procedures to prevent or properly respond to those sexual assaults, is liable to them for damages. The purpose of this letter is to provide pre-filing notice to you of those claims and to invite mediation to address damages for past harms and implementation of appropriate policies and procedures going forward to prevent future assaults and ensure proper response to those that occur.

As you know from prior communications with our co-counsel Tyler Fox, Ms. Ramsay was sexually assaulted by a male passenger on Frontier Airlines flight 9836 from Denver to Providence on October 20, 2018. She reported the incident to the flight attendant, who refused to let her switch seats to move away from her assailant. The flight attendant did not report the incident to anyone else or ask that law enforcement be contacted to meet the plane upon landing. Frontier Airlines failed to cooperate and assist Ms. Ramsey with evidence concerning her assault, including refusing to provide her (or the FBI) with the identities of her assailant and potential witnesses.

Howard Diamond, Paula Wegman
November 7, 2019
Page 2

Similarly, Ms. ▮▮▮▮ was sexually assaulted by a male passenger on Frontier Airlines flight 9680 from Denver to Florida on November 30, 2018. She, too, reported her assault to a flight attendant, who also failed to report the incident further or to take steps to have law enforcement meet the plane. Frontier Airlines failed to cooperate and assist Ms. ▮▮▮▮ with evidence concerning her assault, including refusing to provide her with the identities of her assailant and potential witnesses.

The prevalence of in-flight passenger-on-passenger sexual assault was and is well known to Frontier Airlines. Based on these incidents, it appears that Frontier Airlines does not have and/or enforce adequate policies and procedures to prevent sexual assaults on its flights and to properly respond to incidents that do happen.   If true, Frontier Airlines' misconduct would constitute negligence, negligent infliction of emotional distress, intentional infliction of emotional distress, recklessness, and other violations of applicable law.

Ms. Ramsay, Ms. ▮▮▮▮, and others like them have suffered actual damages as a result of Frontier Airlines' misconduct, including but not limited to, the physical and emotional injury of the sexual assaults themselves as well as the emotional distress of Frontier's failure to properly respond to their reporting of the assaults and Frontier's failure to cooperate in their attempts to gather evidence and law enforcement's investigations of their assaults. Further, they have been and continue to be put at risk of future in-flight sexual assaults due to Frontier's failure to have appropriate policies and procedures in place for the prevention of sexual assaults on its flights and the proper response to incidents that do occur.

On December 20, 2018, on behalf of Ms. Ramsay, Mr. Fox sent a demand letter to Paula Wegman, counsel for Frontier Airlines, in an attempt to resolve Ms. Ramsey's claims without litigation. No response was received to that letter.

Accordingly, Ms. Ramsey and Ms. ▮▮▮▮, on behalf of themselves and all others similarly-situated, hereby request that within 30 days of receiving this letter, Frontier Airlines agree to resolve their claims and to negotiate in mediation with us and with input from mutually-agreed upon experts, steps to implement best-practice policies and procedures for the prevention of in-flight sexual assault and the proper response to incidents of sexual assault that occur on Frontier Airlines flights.

Howard Diamond, Paula Wegman
November 7, 2019
Page 3

      Unless these actions, as requested above, occur within the 30-day timeframe, we intend to file a class action complaint for injunctive relief, damages, and attorneys' fees for negligence; negligent infliction of emotional distress; intentional infliction of emotional distress; and recklessness.

      Please contact us if you have any questions regarding this notice or the issues raised herein.

      Thank you.

Very truly yours,

Annika K. Martin

AKM/wp
cc:    Tyler Fox, Esq.
        Pamela Maass, Esq.