## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03544-CMA-NRN

LENA RAMSAY and JANE DOE,

    Plaintiffs,

v.

FRONTIER, INC.,

    Defendant.

_____

## NOTICE OF PENDING SETTLEMENT
_____

Pursuant to D.C.COLO.LCivR 40.2, please be advised that the parties, through counsel, have agreed upon terms to settle this matter. A stipulated dismissal will be filed in due course. Undersigned counsel certifies that he has conferred with counsel for Plaintiffs, who have no objection to the filing of this Notice.

Dated: May 14, 2021

    Respectfully submitted,

    /s/ Brian T. Maye

    Brian T. Maye
    Adler Murphy & McQuillen LLP
    20 S. Clark Street, Suite 2500
    Chicago, Illinois 60603
    Telephone: (312) 345-0700
    bmaye@amm-law.com

    *Attorneys for Frontier Airlines, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on May 14, 2021, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the District of Colorado by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                                          /s/ Brian T. Maye