IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03544 -RMR-NRN

LENA RAMSAY and JANE DOE,

    Plaintiffs,

v.

FRONTIER, INC.

    Defendant.

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE
_____

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties bear their own respective costs and attorney's fees.

Dated July 9, 2021

| | |
|---|---|
| */s/ Brian T. Maye* | */s/ Gabriel Panek (with consent)* |
| Brian T. Maye | Jonathan D. Selbin |
| Kristin A. Hoffman | Annika K. Martin |
| ADLER MURPHY & MCQUILLEN LLP | Anne B. Shaver (Colorado Bar No. 39933) |
| 20 South Clark Street, Suite 2500 | Gabriel Panek |
| Chicago, IL 60603-1804 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| Tel: (312) 345-0700 | 250 Hudson Street, 8th Fl. New York, NY 10013 |
| bmaye@amm-law.com | Tel: (212) 355-9500 |
| khoffman@amm-law.com | jselbin@lchb.com |
| | akmartin@lchb.com |
| *Counsel for Defendant* | ashaver@lchb.com |
| | gpanek@lchb.com |

2

Tyler H. Fox
**TYLER FOX, ESQ.**
689 Massachusetts Ave.
Cambridge, MA 02139
Tel: (617) 499-4399
tylerfox@verizon.net

Pamela Maass (Colorado Bar No. 42408)
**MAASS LAW**
26 W. Dry Creek Cir., Suite 600
Littleton, CO 80120
Tel: (720) 899-3541
pam@lifelegacyfirm.com

*Counsel for Plaintiffs*

2